UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL LONG, | No. 2:23-cv-02893 KJM CSK P |
| Plaintiff, | |
| v. | ORDER |
| VASQUEZ, et al., | |
| Defendants. | |

      Plaintiff, a pretrial detainee prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 12, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 12, 2024 findings and recommendations (ECF No. 5), are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff is ordered to pay the court's filing fee in full within thirty days from the date of this order; and

4. Plaintiff is cautioned that failure to pay the court's filing fee will result in the dismissal of this action.

DATED: April 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2