1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    KEVIN MICHAEL LONG,                     No.  2:23-cv-02893-KJM-CSK-P

11                    Plaintiff,

12          v.                                 ORDER

13    VASQUEZ, et al.,

14                    Defendants.

15

16          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

17    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

18    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On May 22, 2024, the magistrate judge filed findings and recommendations, which were

20    served on plaintiff, and which contained notice that any objections to the findings and

21    recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the

22    findings and recommendations.

23          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

24    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

25    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

26    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

27    [.]").  Having reviewed the file, the court finds the findings and recommendations to be supported

28    by the record and by the proper analysis.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, *see* ECF No. 9, are adopted in full;

2.  This action is dismissed without prejudice; and

3.  The Clerk of Court is directed to close this case.

DATED:  August 19, 2024.

CHIEF UNITED STATES DISTRICT JUDGE